# Wolfert Law LLC

**Jonathan P. Wolfert**

jwolfert@wolfertlaw.com
(914) 643 - 3505

43 Jared Drive
White Plains, NY 10605

September 13, 2024

Honorable Jennifer L. Rochon
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

        Re:  Paula A. Moulton v. Stephen P. Bowne, Civil Action No. 1.24-cv-04576 (S.D.N.Y.)(JR)(BM)

Dear Judge Rochon,

    I am the attorney for defendant Stephen P. Bowne in the above-referenced action.  I write, with the consent of counsel for plaintiff, to request an adjournment of the initial pre-trial conference in this matter currently scheduled for September 25, 2024.

    I have an emergent medical issue that requires that I undergo a procedure on September 23, 2024.  Under those circumstances, l will not be available on September 25.  As I am a sole practitioner, there is no one else from my firm who can appear on that date.

    I have spoken with Ryan Lapine, counsel for plaintiff, and he has consented to my request.  We propose the following three alternative dates for the conference :  October 28, 29, or 30, 2024.

    I thank the Court for its consideration and apologize for the inconvenience.

        Respectfully submitted,

        */s/ Jonathan P. Wolfert*
        Jonathan P. Wolfert

cc.:  Ryan Lapine

---

The request to adjourn the parties' initial pre-trial conference, currently scheduled for September 25, 2024, is granted.  The initial pre-trial conference shall be rescheduled for October 30, 2024, at 10 a.m.

Dated: September 16, 2024
      New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**