**Ryan M. Lapine** | Steptoe LLP
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
(213) 439 9400
rlapine@steptoe.com

**Jonathan P. Wolfert** | Wolfert Law LLC
43 Jared Drive
White Plains, New York 10605
(914) 643-3305
jwolfert@wolfertlaw.com

November 7, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 20B

> Request GRANTED, and this matter shall be stayed until May 11, 2026, in light of parallel marital dissolution proceedings in Sonoma County Superior Court. The parties shall submit a status update on December 8, 2025.
>
> Dated: November 10, 2025
>         New York, New York
>
> SO ORDERED.
>
> _Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:    *Moulton v. Bowne*, Civil Action No. 1:24-cv-04576-JLR (the "Action")

Dear Judge Rochon:

      This Court, by its May 28, 2025 Order, previously granted a six-month continuance of the Action and requested a status update on November 7, 2025. Plaintiff Paula Moulton and defendant Stephen Bowne (collectively, the "Parties") through their undersigned counsel of record, now respectfully submit this joint status update and letter request that the Action remain stayed for a period of six additional months, or such further time as may be necessitated by the proceeding and circumstances discussed below, with all case deadlines to be extended accordingly.

      The Action concerns that cooperative apartment located at 56 West 71st Street, Apartment 4A, New York, New York (the "Co-op"). The Parties' respective rights to the Co-op relate, at least in part, to two written contracts: a July 5, 2013, pre-marital agreement (the "PMA") and an October 24, 2013, amendment to the PMA (the "Amendment").

      Concurrent to these proceedings, the Parties are engaged in a marital dissolution action entitled *Moulton v. Bowne*, which is currently pending in Sonoma County, California, Superior Court as Case No. SFL085896 (the "Sonoma County Case"). Trial was previously expected to take place in April 2025 in that matter to determine the validity of the Amendment. To avoid the prospect of inconsistent rulings as to the validity and effect of the Amendment and to avoid litigating the same issue in two separate forums concurrently, this Court previously granted an

earlier request of the Parties to stay the proceedings in the Action for a period of three months, pending the Sonoma County Case. *See* Dkt. 36 (January 27, 2025 Order).

The Sonoma County Case was later rescheduled to begin on October 30, 2025 per that court. This Court accordingly granted a further stay until November 7, 2025, pending the Sonoma County Case's resolution, and requested a status update on November 7, 2025. *See* Dkt. 38 (May 28, 2025 Order).

The Sonoma County Case's October 30, 2025 trial date has now again been vacated unilaterally by that court. A Master Calendar hearing is scheduled for December 5, 2025, and the Parties anticipate that a trial date will be set at that time.

The Parties therefore ask this Court to again continue the stay in the Action to avoid the prospect of inconsistent rulings as to the validity and effect of the Amendment, and to avoid litigating the same issue in two separate forums concurrently. The Parties respectfully request a six-month continuance to allow the trial on the Amendment's validity and enforceability to proceed in the Sonoma County Superior Court. The Parties agree to submit a status update on Monday, December 8, 2025, regarding the updated Sonoma County Case trial date.

We appreciate Your Honor's consideration.

Sincerely,

Ryan M. Lapine

/s/ *Jonathan P. Wolfert* [with permission]
Jonathan P. Wolfert

cc: All Counsel of Record (via ECF)